**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 30 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TANIA A. PUENTES,<br><br>     Petitioner,<br><br> v.<br><br>MATTHEW G. WHITAKER, Acting<br>Attorney General,<br><br>     Respondent. | No. 16-72720<br><br>Agency No. A203-161-658<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 27, 2018[**]

Before: CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

Tania A. Puentes, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her motion to terminate proceedings and

ordering her removed. Our jurisdiction is governed by 8 U.S.C. § 1252. We review

---

  [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

  [**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

de novo questions of law. *Martinez-Medina v. Holder*, 673 F.3d 1029, 1033 (9th Cir. 2011). We deny in part and dismiss in part the petition for review.

The agency did not err in denying Puentes's motion to terminate proceedings, because *Samayoa-Martinez v. Holder*, 558 F.3d 897, 901-02 (9th Cir. 2009), forecloses her contention that her statements to immigration officials at the border were obtained in violation of 8 C.F.R. § 287.3(c). We reject Puentes' contention that *de Rodriguez-Echeverria v. Mukasey*, 534 F.3d 1047 (9th Cir. 2008), controls the result of her case.

We do not reach Puentes's unexhausted contention that the agency erred in charging her as an arriving alien where she was paroled into the United States. *See Zhang v. Ashcroft*, 388 F.3d 713, 721 (9th Cir. 2004) (petitioner must sufficiently put the BIA on notice as to specific issues so that the BIA has an opportunity to pass on those issues).

Puentes's motion to remand (Docket Entry No. 26) is denied.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**